# EXHIBIT A

**Exhibit A**
**US Patent No. 8,492,780**

**Infringement of U.S. Patent No. 8,492,780**
**by**
**Amazon Fire TV**

| U.S. Patent 8,492,780 | Exemplary Amazon Fire TV Product: 43" 4-Series 4K UHD Smart TV |
|---|---|
| 1. A light emitting device comprising: | The 43" 4-Series 4K UHD Amazon Fire TV uses a light emitting device.<br><br>For example, a panel of the exemplary Amazon Fire TV comprises light bars as shown:<br><br>The light bars comprise light emitting devices:<br><br>A light emitting device can be seen after removing its cap lens and an overlaid phosphor layer: |

1

**Exhibit A**
**US Patent No. 8,492,780**



An example light emitting device is shown below:

**Exhibit A**
**US Patent No. 8,492,780**

| | |
|---|---|
| |  |
| a substrate, wherein the substrate comprises a first major surface, a second major surface, and a sidewall; and | The 43" 4-Series 4K UHD Amazon Fire TV uses a light emitting device comprising a substrate, wherein the substrate comprises a first major surface, a second major surface, and a sidewall. One example of these elements within the 43" 4-Series 4K UHD Amazon Fire TV is shown below:<br><br> |

**Exhibit A**
**US Patent No. 8,492,780**

| | |
|---|---|
| a light emitting stack layer formed on the first major surface of the substrate, comprising a first conductive-type semiconductor layer, an active layer and a second conductive-type semiconductor layer; | The 43" 4-Series 4K UHD Amazon Fire TV uses a light emitting device comprising a light emitting stack layer formed on the first major surface of the substrate, comprising a first conductive-type semiconductor layer, an active layer and a second conductive-type semiconductor layer. One example of these elements within the 43" 4-Series 4K UHD Amazon Fire TV is shown below:<br><br> |

**Exhibit A**
**US Patent No. 8,492,780**

| | |
|---|---|
| wherein the sidewall of the substrate comprises a first area and a second area; | The 43" 4-Series 4K UHD Amazon Fire TV uses a light emitting device wherein the sidewall of the substrate comprises a first area and a second area.   One example of these elements within the 43" 4-Series 4K UHD Amazon Fire TV is shown below:<br><br> |
| wherein the morphology of the first area is substantially flat and the morphology of the second area is substantially textured. | The 43" 4-Series 4K UHD Amazon Fire TV uses a light emitting device wherein the morphology of the first area is substantially flat and the morphology of the second area is substantially textured.   One example of these elements within the 43" 4-Series 4K UHD Amazon Fire TV is shown below:<br><br> |

5