# EXHIBIT B

**Exhibit B**
**US Patent No. 9,530,934**

**Infringement of U.S. Patent No. 9,530,934**
**By Amazon Fire TV**

| U.S. Patent 9,530,934 | Exemplary Amazon Fire TV Product: 43" 4-Series 4K UHD Smart TV |
|---|---|
| 1. A light-emitting device, comprising: | The 43" 4-Series 4K UHD Amazon Fire TV uses a light emitting device.<br><br>For example, a panel of the exemplary Amazon Fire TV comprises light bars as shown:<br><br>The light bars comprise light emitting devices:<br><br>A light emitting device can be seen after removing its cap lens and an overlaid phosphor layer: |

1

**Exhibit B**
**US Patent No. 9,530,934**



An example light emitting device is shown below:

**Exhibit B**
**US Patent No. 9,530,934**

| | |
|---|---|
| a semiconductor stack; | The 43" 4-Series 4K UHD Amazon Fire TV uses a light emitting device comprising a semiconductor stack. One example of these elements within the 43" 4-Series 4K UHD Amazon Fire TV is shown below:<br> |

**Exhibit B**
**US Patent No. 9,530,934**

| | |
|---|---|
| a pad electrode comprising a periphery disposed on the semiconductor stack; and | The 43" 4-Series 4K UHD Amazon Fire TV uses a light emitting device comprising a pad electrode comprising a periphery disposed on the semiconductor stack. One example of these elements within the 43" 4-Series 4K UHD Amazon Fire TV is shown below: |
| a finger electrode connected to the pad electrode, | The 43" 4-Series 4K UHD Amazon Fire TV uses a light emitting device having a finger electrode connected to the pad electrode.   One example of these elements within the 43" 4-Series 4K UHD Amazon Fire TV is shown below: |

**Exhibit B**
**US Patent No. 9,530,934**

| | |
|---|---|
| |  |
| wherein the finger electrode comprises a first portion extended from the periphery of the pad electrode and a second portion away from the pad electrode, the first portion comprises a first side and a second side, the first side is opposite to the second side, the first side comprises a first arc comprising a first curvature radius, and the first curvature radius is larger than 10 µm. | The 43" 4-Series 4K UHD Amazon Fire TV uses a light emitting device wherein the finger electrode comprises a first portion extended from the periphery of the pad electrode and a second portion away from the pad electrode, the first portion comprises a first side and a second side, the first side is opposite to the second side, the first side comprises a first arc comprising a first curvature radius, and the first curvature radius is larger than 10 µm.  One example of these elements within the 43" 4-Series 4K UHD Amazon Fire TV is shown below: |

5

**Exhibit B**
**US Patent No. 9,530,934**

