# EXHIBIT C

# Exhibit C
# US Patent No. 10,199,542

**Infringement of U.S. Patent No. 10,199,542
By Amazon Fire TV**

| **U.S. Patent 10,199,542** | **Exemplary Amazon Fire TV Product: 43" 4-Series 4K UHD Smart TV** |
|---|---|
| 12. A light-emitting device, comprising: | The 43" 4-Series 4K UHD Amazon Fire TV uses a light emitting device.<br><br>For example, a panel of the exemplary Amazon Fire TV comprises light bars as shown:<br><br>The light bars comprise light emitting devices:<br><br>A light emitting device can be seen after removing its cap lens and an overlaid phosphor layer: |

**Exhibit C**
**US Patent No. 10,199,542**



An example light emitting device is shown below:

**Exhibit C**
**US Patent No. 10,199,542**

| | |
|---|---|
| a first semiconductor layer;<br>a second semiconductor layer;<br>an active layer formed between the first semiconductor layer and the second semiconductor layer; | The 43" 4-Series 4K UHD Amazon Fire TV uses a light emitting device comprising a first semiconductor layer, a second semiconductor layer, and an active layer formed between the first semiconductor layer and the second semiconductor layer.  One example of these elements within the 43" 4-Series 4K UHD Amazon Fire TV is shown below:<br> |

**Exhibit C**
**US Patent No. 10,199,542**

| | |
|---|---|
| a first pad electrode comprising a periphery disposed on the first semiconductor layer; and | The 43" 4-Series 4K UHD Amazon Fire TV uses a light emitting device comprising a first pad electrode comprising a periphery disposed on the first semiconductor layer. One example of these elements within the 43" 4-Series 4K UHD Amazon Fire TV is shown below: |
| a first finger electrode connected to the first pad electrode, | The 43" 4-Series 4K UHD Amazon Fire TV uses a light emitting device having a first finger electrode connected to the first pad electrode.  One example of these elements within the 43" 4-Series 4K UHD Amazon Fire TV is shown below: |

4

| | |
|---|---|
| wherein the first finger electrode comprises a first portion extended from the periphery of the first pad electrode and a second portion connected to the first portion, the first portion comprises a first side and a second side opposite to the first side, the first side and/or the second side comprises a curvature radius, | The 43" 4-Series 4K UHD Amazon Fire TV uses a light emitting device wherein the first finger electrode comprises a first portion extended from the periphery of the first pad electrode and a second portion connected to the first portion, the first portion comprises a first side and a second side opposite to the first side, the first side and/or the second side comprises a curvature radius.  One example of these elements within the 43" 4-Series 4K UHD Amazon Fire TV is shown below:  |
| wherein a shortest distance between the first pad electrode and | The 43" 4-Series 4K UHD Amazon Fire TV uses a light emitting device wherein a shortest distance between the first pad electrode and an edge of the second semiconductor layer is |

**Exhibit C**
**US Patent No. 10,199,542**

| | |
|---|---|
| an edge of the second semiconductor layer is larger than a shortest distance between the first finger electrode and an edge of the second semiconductor layer. | larger than a shortest distance between the first finger electrode and an edge of the second semiconductor layer. One example of these elements within the 43" 4-Series 4K UHD Amazon Fire TV is shown below:<br><br> |