# EXHIBIT D

**Exhibit D**
**US Patent No. 10,505,076**

**Infringement of U.S. Patent No. 10,505,076**
**By Amazon Fire TV**

| U.S. Patent 10,505,076 | Exemplary Amazon Fire TV Product: 43" 4-Series 4K UHD Smart TV |
|---|---|
| 12. A light-emitting device, comprising: | The 43" 4-Series 4K UHD Amazon Fire TV uses a light emitting device.<br><br>For example, a panel of the exemplary Amazon Fire TV comprises light bars as shown:<br><br>The light bars comprise light emitting devices:<br><br>A light emitting device can be seen after removing its cap lens and an overlaid phosphor layer: |

**Exhibit D**
**US Patent No. 10,505,076**



An example light emitting device is shown below:

**Exhibit D**
**US Patent No. 10,505,076**

| | |
|---|---|
| a first semiconductor layer; | The 43" 4-Series 4K UHD Amazon Fire TV uses a light emitting device comprising a first semiconductor layer.  One example of these elements within the 43" 4-Series 4K UHD Amazon Fire TV is shown below:  |

**Exhibit D**
**US Patent No. 10,505,076**



**Exhibit D**
**US Patent No. 10,505,076**

| | |
|---|---|
| a first pad electrode comprising a first periphery disposed on the first semiconductor layer; and | The 43" 4-Series 4K UHD Amazon Fire TV uses a light emitting device comprising a first pad electrode comprising a periphery disposed on the first semiconductor layer. One example of these elements within the 43" 4-Series 4K UHD Amazon Fire TV is shown below:<br> |
| a first finger electrode connected to the first pad electrode, | The 43" 4-Series 4K UHD Amazon Fire TV uses a light emitting device having a first finger electrode connected to the first pad electrode. One example of these elements within the 43" 4-Series 4K UHD Amazon Fire TV is shown below:<br> |

5

**Exhibit D**
**US Patent No. 10,505,076**

| | |
|---|---|
| wherein the first finger electrode comprises a first portion extended from the first periphery of the first pad electrode and a second portion connected to the first portion, the first portion comprises a width decreasing in a direction away from the first periphery of the first pad electrode, and | The 43" 4-Series 4K UHD Amazon Fire TV uses a light emitting device wherein the first finger electrode comprises a first portion extended from the first periphery of the first pad electrode and a second portion connected to the first portion, the first portion comprises a width decreasing in a direction away from the first periphery of the first pad electrode. One example of these elements within the 43" 4-Series 4K UHD Amazon Fire TV is shown below:<br><br><br><br>As can be seen in the annotated photo above, the width of the first portion decreases as it moves further away from the pad electrode periphery. |

6

**Exhibit D**
**US Patent No. 10,505,076**

| | |
|---|---|
| wherein the first portion comprises a first side and a second side, the first side is opposite to the second side, the first side comprises a first arc comprising a first curvature radius, and the second side comprises a second arc comprising a second curvature radius. | The 43" 4-Series 4K UHD Amazon Fire TV uses a light emitting device wherein the first portion comprises a first side and a second side, the first side is opposite to the second side, the first side comprises a first arc comprising a first curvature radius, and the second side comprises a second arc comprising a second curvature radius. One example of these elements within the 43" 4-Series 4K UHD Amazon Fire TV is shown below:<br><br> |