# EXHIBIT E

**Exhibit E**
**US Patent No. 9,257,604**

**Infringement of U.S. Patent No. 9,257,604**
**By Amazon Fire TV**

| U.S. Patent 9,257,604 | Exemplary Amazon Fire TV Product: 43" 4-Series 4K UHD Smart TV |
|---|---|
| 1. A light-emitting device, comprising: | The 43" 4-Series 4K UHD Amazon Fire TV uses a light emitting device.<br><br>For example, a panel of the exemplary Amazon Fire TV comprises light bars as shown:<br><br>The light bars comprise light emitting devices:<br><br>A light emitting device can be seen after removing its cap lens and an overlaid phosphor layer: |

1

**Exhibit E**
**US Patent No. 9,257,604**



An example light emitting device is shown below:

**Exhibit E**
**US Patent No. 9,257,604**

| | |
|---|---|
| a substrate having a top surface and a first patterned unit bulged on the top surface; and | The 43" 4-Series 4K UHD Amazon Fire TV uses a light emitting device comprising a substrate having a top surface and a first patterned unit bulged on the top surface. One example of these elements within the 43" 4-Series 4K UHD Amazon Fire TV is shown below:<br><br> |

**Exhibit E**
**US Patent No. 9,257,604**

| | |
|---|---|
| a light-emitting stack formed on the substrate and having an active layer with a first surface substantially parallel to the top surface; | The 43" 4-Series 4K UHD Amazon Fire TV uses a light emitting device comprising a light-emitting stack formed on the substrate and having an active layer with a first surface substantially parallel to the top surface. One example of these elements within the 43" 4-Series 4K UHD Amazon Fire TV is shown below:  |
| wherein a base of the first patterned unit has a non-polygon shape in a top view, and in a cross-sectional view the first patterned unit has a vertex, a first inclined | The 43" 4-Series 4K UHD Amazon Fire TV uses a light emitting device wherein a base of the first patterned unit has a non-polygon shape in a top view, and in a cross-sectional view the first patterned unit has a vertex, a first inclined line segment, and a second inclined line segment, and the first inclined line segment and the second inclined line segment connect at |

**Exhibit E**
**US Patent No. 9,257,604**

| | |
|---|---|
| line segment, and a second inclined line segment, and the first inclined line segment and the second inclined line segment connect at the vertex. | the vertex. One example of these elements within the 43" 4-Series 4K UHD Amazon Fire TV is shown below:<br><br>(first patterned unit) base |

5

**Exhibit E**
**US Patent No. 9,257,604**

