# EXHIBIT F

**Exhibit F**
**US Patent No. 10,181,549**

**Infringement of U.S. Patent No. 10,181,549**
**By Amazon Fire TV**

| U.S. Patent 10,181,549 | Exemplary Amazon Fire TV Product: 43" 4-Series 4K UHD Smart TV |
|---|---|
| 1. A light-emitting device, comprising: | The 43" 4-Series 4K UHD Amazon Fire TV uses a light emitting device.<br><br>For example, a panel of the exemplary Amazon Fire TV comprises light bars as shown:<br><br>The light bars comprise light emitting devices:<br><br>A light emitting device can be seen after removing its cap lens and an overlaid phosphor layer: |

1

**Exhibit F**
**US Patent No. 10,181,549**



An example light emitting device is shown below:

**Exhibit F**
**US Patent No. 10,181,549**

| | |
|---|---|
| a substrate having a top surface and a plurality of patterned units protruding from the top surface of the substrate; and | The 43" 4-Series 4K UHD Amazon Fire TV uses a light emitting device comprising a substrate having a top surface and a plurality of patterned units protruding from the top surface of the substrate. One example of these elements within the 43" 4-Series 4K UHD Amazon Fire TV is shown below:<br><br> |
| a light-emitting stack formed on the substrate and having an active layer with a first surface | The 43" 4-Series 4K UHD Amazon Fire TV uses a light emitting device comprising a light-emitting stack formed on the substrate and having an active layer with a first surface |

| | |
|---|---|
| substantially parallel to the top surface of the substrate; | substantially parallel to the top surface of the substrate. One example of these elements within the 43" 4-Series 4K UHD Amazon Fire TV is shown below:<br><br>[Image: cross-sectional micrograph with labels "first surface (active layer)", "light-emitting stack", "top surface (substrate)", scale bar 2000 nm] |
| wherein each of the plurality of patterned units comprises a circular shape in a top view of the light-emitting device, | The 43" 4-Series 4K UHD Amazon Fire TV uses a light emitting device wherein each of the plurality of patterned units comprises a circular shape in a top view of the light-emitting device. One example of these elements within the 43" 4-Series 4K UHD Amazon Fire TV is shown below: |

**Exhibit F**
**US Patent No. 10,181,549**

| | |
|---|---|
| |  |
| wherein the plurality of patterned units comprises two curves with different curvatures in a cross-sectional view of the light-emitting device. | The 43" 4-Series 4K UHD Amazon Fire TV uses a light emitting device wherein the plurality of patterned units comprises two curves with different curvatures in a cross-sectional view of the light-emitting device. One example of these elements within the 43" 4-Series 4K UHD Amazon Fire TV is shown below: |

**Exhibit F**
**US Patent No. 10,181,549**

